[988 NE2d 513, 965 NYS2d 777]

In the Matter of CITY OF UTICA, Respondent, v RICHARD F. DAINES, as Commissioner of Health, et al., Appellants. UTICA AMBULANCE SERVICE, INC., Doing Business as KUNKEL AMBULANCE SERVICE, Intervenor-Appellant.

Decided April 2, 2013

**APPEARANCES OF COUNSEL**

*Girvin & Ferlazzo, P.C.*, Albany (*Patrick J. Fitzgerald, III*, of counsel), for intervenor-appellant.

*Roemer Wallens Gold & Mineaux, LLP*, Albany (*Matthew J. Kelly* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, without costs, and the proceeding remitted to Supreme Court, Albany County, with directions to dismiss the proceeding solely on the ground of mootness.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.